# AFFADAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Brian A. Smith, a Special Agent with Homeland Security Investigations, being duly sworn, depose and state as follows:

### Introduction and Agent Background

1. I am a Special Agent with the Boston office of the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"). I have been an HSI Special Agent since 2021. I am a graduate of the Federal Law Enforcement Training Center in Glynco, Georgia where I received training to become a federal agent; specifically, I received a certification in the Criminal Investigator Training Program and the HSI Special Agent Training Program.

2. As part of my duties, I am authorized to investigate violations of the laws of the United States, including criminal violations relating to child exploitation, child pornography, coercion and enticement, the transfer of obscene material to minors, and transportation of minors, including but not limited to violations of 18 U.S.C. §§ 1470, 2422, 2423, 2251, and 2252A. I have received training in the investigation of child pornography, child exploitation, and transportation of minors, and have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256). My specialized child exploitation training includes the completion of the Internet Crimes Against Children ("ICAC") Investigative Techniques course hosted by the National Criminal Justice Training Center. I possess a Master of Science degree in Homeland Security from Endicott College and have received an honorable discharge from the United States Marine Corps after completing 4 years of active-duty service.

3. This affidavit is submitted in support of an application for a criminal complaint charging Connor MCAULIFFE (YOB 1991) with possession and receipt of child pornography, in

violation of 18 U.S.C. §§ 2252A(a)(2) and (a)(5)(B).

4. The facts set forth in this affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; my review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience and the training and experience of other agents who have worked on child exploitation investigations for years. This affidavit does not set forth each and every fact known to me with respect to this investigation. Rather, it contains those facts that I believe to be necessary to establish probable cause for the criminal complaint.

## PROBABLE CAUSE

### Investigative Referral from HSI Cyber Crimes Center

5. On or about January 2, 2025, HSI New England received an investigative referral from HSI Cyber Crimes Center ("C3") Child Exploitation and Investigations Unit ("CEIU") regarding an investigation by HSI Pretoria, South Africa.

6. On or about November 16, 2023, HSI Pretoria in South Africa assisted the South African Police Service ("SAPS") during the arrest of a South African national (hereinafter, "Person 1") for the possession of child pornography in violation of South African law. During the execution of the arrest, Person 1 consented to allow HSI to assume his online identity on Chat Application A[1] (hereinafter referred to as "Assumed Account 1"). HSI Pretoria determined that Assumed

---

[1] Law enforcement knows the actual name of Chat Application A. However, the investigation into users of Chat Application A remains ongoing, and public disclosure of Chat Application A's actual name potentially could alert its members to the investigation and cause members to flee or destroy evidence. Accordingly, to preserve the confidentiality and integrity of the ongoing

2

Account 1 was a member of over 75 large-scale private and encrypted messaging groups comprised of upwards of 1,000 members per group from around the world involving numerous individuals trading in child pornography. Many of these chats still are active as of the date of this affidavit and numerous files depicting child pornography continue to be shared, as outlined below.

**Group A**

7. In January 2024, HSI Pretoria accessed Assumed Account 1 and took screen recordings of a specific group, hereinafter referred to as "Group A." Group A had a group name called "caldillo de pollito kids," which literally translates in English to "kids chicken soup." During the review of Group A, agents found that a user with a username (hereinafter "Suspect Username")[2] with a verified phone number ending in 4015 (hereinafter collectively referred to as the "SUBJECT ACCOUNT") was a member of Group A.

8. On or around January 10, 2024 HSI Pretoria made a screen recording of Group A that documented all activity occurring in the group between November 26, 2023 and January 10, 2024, and later made a second screen recording that documented all activity in the group between January 10, 2024 and April 2, 2024. It is unknown on what date the SUBJECT ACCOUNT joined Group A. However, the SUBJECT ACCOUNT was a member of Group A when HSI Pretoria first recorded the group's activity on January 10, 2024, and was still a member on April 2, 2024.

---

investigation, the actual name and other identifying details of Chat Application A remain undisclosed in this affidavit.

[2] The username is known to agents.

9. From November 16, 2023 through April 2, 2024, multiple videos and images depicting child pornography were shared in Group A. From January 10, 2024 through April 2, 2024, at least 26 videos depicting child pornography were shared in Group A.[3]

**Group B**

10. In April 2024, HSI Pretoria accessed Assumed Account 1 and took screen recordings of a specific group, hereinafter referred to as "Group B." Group B had a group name called "fan's de david." Group B had a group photo that depicted a cropped image of a nude minor boy with his penis exposed. I believe the minor boy depicted in the group photo was approximately ten to twelve years old based on the size of his genitals and lack of pubic hair. During the review of Group B, agents found that the SUBJECT ACCOUNT was a participant in Group B.

11. On April 2, 2024, HSI Pretoria made a screen recording of Group B that documented all activity occurring in the group between November 16, 2023 and April 2, 2024. It is unknown on what date the SUBJECT ACCOUNT joined Group B. However, a notification in Group B on November 22, 2023 stated "Safety number with [SUBJECT ACCOUNT] has changed," indicating that the SUBJECT ACCOUNT had been a member of Group since since at least November 22, 2023. HSI Pretoria observed that the SUBJECT ACCOUNT was still a member of Group B on April 2, 2024.

12. From November 16, 2023, through April 2, 2024, at least 13 videos were shared in Group B depicting what appeared to be child pornography.[4]

---

[3] Descriptions of two of those files are contained in the affidavit in support of search warrants (*See* Case Nos. 25-MJ-7179-JCB and 25-MJ-7180-JCB).

[4] Descriptions of one of those files are contained in the affidavit in support of search warrants (*See* Case Nos. 25-MJ-7179-JCB and 25-MJ-7180-JCB).

13. The SUBJECT ACCOUNT was observed as a member in at least 15 different large scale chat groups on Chat Application A in which child pornography was shared, including Groups A and B, many of which had group names indicative of sharing child pornography, such as "small boys," "kids club," "boys of eden," and "only video boys with men."[5]

### Identification of MCAULIFFE as the SUBJECT ACCOUNT User

14. HSI obtained information from AT&T indicating that Connor McAuliffe was the subscriber for the verified phone number associated with the SUBJECT ACCOUNT. The AT&T subscriber information also included an associated Google email account that incorporates MCAULIFFE's name (hereinafter "the Gmail Account").

15. HSI also obtained records from the Massachusetts Registry of Motor Vehicles ("RMV"), which revealed MCAULIFFE's residential address in Salem, Massachusetts.

16. Additionally, records from the Massachusetts Office of Health and Human Services show that MCAULIFFE currently holds an active paramedic certification. I have spoken to law enforcement officers who are employed by an emergency services company[6] who informed me that MCAULIFFE is also employed by the company as an Emergency Medical Technician ("EMT").

### Execution of Search Warrants at MCAULIFFE's Residence

17. Law enforcement obtained federal warrants to search MCAULIFFE's person and residence (the SUBJECT PREMISES) in Salem, Massachusetts. *See* Case Nos. 25-MJ-7179-JCB and 25-MJ-7180-JCB.

---

[5] HSI Pretoria took screen recordings of the SUBJECT ACCOUNT's profile on April 8 and April 9, 2024, showing the SUBJECT ACCOUNT was a member of the named groups.

[6] Law enforcement knows the name of the emergency services company, but it is not included in this affidavit to protect the company and law enforcement officers' privacy.

18. On March 28, 2025, at approximately 6:00 a.m., law enforcement executed the federal search warrants. MCAULIFFE was present at the SUBJECT PREMISES.

19. Agents advised MCAULIFFE of his rights pursuant to *Miranda* both verbally and in writing. MCAULIFFE initially agreed to speak with law enforcement, however, declined to answer once law enforcement began questioning.

20. During the search, agents found multiple electronic devices in the SUBJECT PREMISES, including a Google Pixel 8 Pro cell phone that was in MCAULIFFE's bedroom. This device was locked with a numeric passcode, and law enforcement was unable to access the device at the time of the search. As a result, the Pixel 8 Pro was seized for forensic analysis.

**Forensic Examination of the Pixel 8 Pro**

21. On or about March 28, 2025, law enforcement discovered a passcode that successfully unlocked the Pixel 8 Pro, and a full file system data extraction of this device was completed. During preliminary analysis of the cell phone, law enforcement determined that the telephone number ending 4015 and two email addresses, including the Gmail Account, were associated with the device and its various applications. The Pixel 8 Pro had numerous applications installed, including Google Chrome, Snapchat, Facebook, Telegram Messenger, Viber Messenger, Signal Messenger, and MEGA, some of which included information confirming that MCAULIFFE was the user of the device. In particular, the Facebook account associated with this device had a username that incorporates MCAULIFFE's name. A preliminary review of the media files stored on the device showed images that appear to depict MCAULIFFE that were captured with the front camera of the Pixel 8 Pro, which refers to the camera that would typically face the user of the device. There were also image files depicting the inside of the SUBJECT PREMISES, as well as the two cats that were observed inside the residence at the time of the execution of the search

warrant. Agents also observed an image file of MCAULIFFE's Massachusetts drivers' license on the device.

22. Among the various applications that were installed on the Pixel 8 Pro, agents observed CHAT APPLICATION A. Law enforcement conducted a manual review which revealed that the user account associated with CHAT APPLICATION A on the Pixel 8 Pro was the SUBJECT ACCOUNT. The local user was a member of over approximately 100 chats, which included chats titled "Boys Planet", "Boys of Eden", "boys video", "caldillo de pollito kids" (the name of Group A) and "fan's de david" (the name of Group B). Some of these chats had titles that were descriptive of possible child pornography such as "10 to 16 years hot boys" and "Chicos ninos y adolescentes cp", which translates literally to "Boys, children and adolescents CP," and some of the chat icons that were visible depicted child pornography. Law enforcement made attempts to review the content of these chats, but the Pixel 8 Pro had been disconnected from any internet connection as part of the forensic data extraction and analysis, and therefore the content was either not visible or no longer existed on the device.

23. During the initial review of the media files that were extracted from the Pixel 8 Pro, law enforcement discovered approximately 1,500 images and 50 video files depicting child pornography. These media files were primarily located within subfolders of the file path /data/media/0/Download/. This *Download* folder is the default folder where the operating system typically stores files that are downloaded to the device. The following is an example of a file that was located in the *Download* folder:

> File Name: 49.jpg
>
> File Path: /data/media/0/Download/p101/Ginger/5/

Description: This image file depicts a prepubescent nude male, who is seen positioned on top of a nude adult male, and they both appear to be laying on a bed. The nude prepubescent male appears to be approximately nine to eleven years old based on the overall size of his body, and the lack of any pubic hair. The adult male's penis is observed inserted into the prepubescent male's anus, and the focus of the image is the genital area of both the prepubescent male and the adult.

24. A subsequent analysis of the *Download* folder showed that it also had various subfolders, one of which was entitled 2024-12-15-03-48-12. A review of this folder showed that it had another subfolder titled *Selfie Collection (Victim 1)*[7], which is shown by the file path */data/media/0/Download/2024-12-15-03-48-12/Selfie Collection (Victim 1)/*. This folder contained numerous additional subfolders, and the majority of these were titled with what appeared to be names of persons and various numbers. During review of these folders, agents discovered numerous image and video files depicting child pornography.

25. The folder titled *2024-12-15-03-48-12* had an associated modified date and time of 03/07/2025 11:32:35 PM Eastern Time. I understand from consulting with a computer forensics agent that this date and time are likely the same date and time that this folder was created on the Pixel 8 Pro. Law enforcement conducted an analysis of the history of downloads contained within the Chrome application database, and discovered that a file titled *2024-12-15-03-48-12.7z* was downloaded from a particular Uniform Resource Locator (URL), or website, on March 7, 2025.

26. During the review of the contents of the *2024-12-15-03-48-12* folder, law enforcement discovered a subfolder contained within *Selfie Collection (Victim 1)* folder titled

---

[7] Law enforcement knows the names that were used in the titles of various folders, but does not know whether the names used are the actual names of the children depicted. The names have been redacted to protect victim identities.

"*Victim 2*". The *Victim 2* folder contained approximately 6 videos and 29 images that appeared to depict the same prepubescent male, the majority of which depicted child pornography. The following is an example of one of those files:

File Name: Victim 2 (4).mp4

File Path: /data/media/0/Download/2024-12-15-03-48-12/Selfie Collection (Victim 1)/Victim 2

Description: This video file is approximately 14 seconds long and it depicts a nude prepubescent male, who is seen from the waist up standing in front of the camera, before moving to show his genital area. The nude prepubescent male appears to be approximately nine to eleven years old based on the overall size of his body, and the lack of any pubic hair. The nude prepubescent male is observed in the video placing his hands on his genital area and on his penis, and repeatedly moving his hands up and down.

27. Within the *Selfie Collection (Victim 1)* folder, law enforcement discovered another subfolder titled *"Victim 3" (12yo)*. Within the *Victim 3 (12yo)* folder, agents discovered approximately 169 images and 27 videos. These files appeared to depict the same prepubescent male (a different male than in the *Victim 2* folder), and the majority of the files depicted child pornography. The following is an example of one of those files:

File Name: JFbyCF_mb-140811-0001.mp4

File Path: /data/media/0/Download/2024-12-15-03-48-12/Selfie Collection (Victim 1)/Victim 3 (12yo)/Short vids

Description: This video file is approximately 14 seconds long and it depicts a nude prepubescent male, who is seen sitting and leaning back on a bed. The nude

prepubescent male appears to be approximately ten to twelve years old based on the overall size of his body, and the lack of pubic hair. The nude prepubescent male is observed in the video placing his hands on his penis and moving them up and down, and at one point the prepubescent male readjusted the camera towards his genital area.

28. The Pixel 8 Pro remains in the custody of HSI; further forensic analysis is pending.

## **CONCLUSION**

29. Based on the foregoing, I submit that there is probable cause to believe that:

a. From at least in or about March 7, 2025 through on or about March 28, 2025, in the District of Massachusetts, MCAULIFFE knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1);

b. On or about March 28, 2025, in the District of Massachusetts, MCAULIFFE knowingly possessed any child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2255A(a)(5)(B) and (b)(2).

25-mj-7345-JCB

Accordingly, I respectfully request that the Court issue the requested criminal complaint.

_____
Special Agent Brian Smith
Homeland Security Investigations

SWORN to me telephonically in accordance with Fed. R. Crim. P. 4.1 on this date of August 5, 2025.

_____
HONORABLE JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE